Kristin L. Marker (State Bar No. 278596)
kmarker@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5442
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LYON,<br><br>            Plaintiff,<br><br>v.<br><br>F & F MANAGEMENT, INC., TRANS UNION LLC and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 5:21-cv-02015-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

Trans Union LLC ("Trans Union"), by and through its attorneys Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby answers Plaintiff's Complaint and Demand for Jury Trial as follows:

## I. INTRODUCTION

1. Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act 15 U.S.C. § 1681, et seq. ("FCRA"), the Consumer Credit Reporting Agencies Act Cal. Civ. Code, § 1785, et seq. ("CCRAA"), the Fair Debt Collection Practices Act 15 U.S.C. § 1692, et seq. ("FDCPA") and Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788. Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

## II. PARTIES

2. Trans Union admits that Plaintiff is a natural person and "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5. Trans Union admits that it is a "consumer reporting agency" as defined by applicable law. Trans Union also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. Trans Union admits that it sells consumer reports pursuant to contracts and agreements with subscribers. Trans Union denies the remaining allegations contained in paragraph 5 of the Complaint.

6. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

7. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

5376765.1

## III. FACTUAL ALLEGATIONS

9. Trans Union admits that at certain limited times, F&F Management reported an account on Plaintiff's Trans Union consumer file. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

11. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

14. The provisions of the RFDCPA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 14 of the Complaint.

15. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. Trans Union denies the allegations contained in paragraph 16 of the Complaint.

5376765.1

17. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18. Trans Union denies the allegations contained in paragraph 18 of the Complaint.

19. Trans Union denies the allegations contained in paragraph 19 of the Complaint.

20. Trans Union denies the allegations contained in paragraph 20 of the Complaint.

21. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22. Trans Union denies the allegations contained in paragraph 22 of the Complaint.

23. Trans Union denies the allegations contained in paragraph 23 of the Complaint.

24. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25. Trans Union denies the allegations contained in paragraph 25 of the Complaint.

26. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27. Trans Union denies the allegations contained in paragraph 27 of the Complaint.

28. Trans Union denies the allegations contained in paragraph 28 of the Complaint.

29. Trans Union denies the allegations contained in paragraph 29 of the Complaint.

30. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31. Trans Union denies the allegations contained in paragraph 31 of the Complaint.

## COUNT I

32. Trans Union restates and incorporates its responses to paragraphs 1 through 31 above as though fully stated herein.

33. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

## PRAYER FOR RELIEF

Trans Union is without knowledge or information sufficient to form a belief as to the allegations contained in the Prayer paragraph under Count I of the Complaint and, therefore, denies same.

## COUNT II

34. Trans Union restates and incorporates its responses to paragraphs 1 through 33 above as though fully stated herein.

## PRAYER FOR RELIEF

Trans Union is without knowledge or information sufficient to form a belief as to the allegations contained in the Prayer paragraph under Count II of the Complaint and, therefore, denies same.

5376765.1

### COUNT III

35. Trans Union restates and incorporates its responses to paragraphs 1 through 34 above as though fully stated herein.

36. Trans Union denies the allegations contained in paragraph 36 of the Complaint.

### PRAYER FOR RELIEF

Trans Union denies the allegations contained in the Prayer paragraph under Count III of the Complaint.

### COUNT IV

37. Trans Union restates and incorporates its responses to paragraphs 1 through 36 above as though fully stated herein.

38. Trans Union denies the allegations contained in paragraph 38 of the Complaint.

39. Trans Union denies the allegations contained in paragraph 39 of the Complaint.

### PRAYER FOR RELIEF

Trans Union denies the allegations contained in the Prayer paragraph under Count IV of the Complaint.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

40. Trans Union admits that Plaintiff demands a jury trial. Trans Union denies the remaining allegations contained in this paragraph.

### DEFENSES

41. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and CCRAA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

5376765.1

42. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

43. Trans Union, in compliance with the FCRA and CCRAA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

44. Trans Union at all times acted in compliance with the FCRA and CCRAA.

45. Trans Union has not published any false, inaccurate or defamatory information to a third party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

46. Plaintiff's claims for exemplary or punitive damages and the FCRA and CCRAA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of California.

47. To the extent Trans Union could be found liable, Plaintiff was comparatively/contributorily negligent.

48. In the event that a settlement is reached between Plaintiff and any other party, Trans Union is entitled to any settlement credits permitted by law.

49. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

50. Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2022 | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Kristin L. Marker* |
| 5 | |    Kristin L. Marker<br>   Counsel for Trans Union LLC |
DATED: January 10, 2022

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/ Kristin L. Marker*
    Kristin L. Marker
    Counsel for Trans Union LLC

5376765.1

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas. My business address is 6900 N. Dallas Parkway, Suite 800, Plano, TX 75024.

On January 10, 2022, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2022, at Plano, Texas.

*/s/ Kristin L. Marker*
Kristin L. Marker

9

5376765.1

**SERVICE LIST**

Todd M. Friedman
tfriedman@toddflaw.com
Adrian R. Bacon
abacon@toddflaw.com
Thomas E. Wheeler
twheeler@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
(323) 306-4234
(866) 633-0228 Fax
*Counsel for Plaintiff*

5376765.1